**Order entered December 19, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00751-CV

## NIKOLAY VLADOV, TEODORA ARSOVA, AND ELENA ARSOVA, Appellants

## V.

## AUTOHAUS, LLC D/B/A EWING AUTOMOTIVE GROUP AND MERCEDES BENZ OF PLANO, Appellees

### On Appeal from the County Court at Law No. 2
### Collin County, Texas
### Trial Court Cause No. 002-02979-2020

## ORDER

Before the Court is court reporter Antoinette Varela's December 16, 2022 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than January 20, 2023.

/s/　BONNIE LEE GOLDSTEIN
　　　JUSTICE